PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
May 07, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Benjamin Joost Bogard                   Case Number:  5:19-CR-00106-DAE(1)
Name of Sentencing Judicial Officer:  Honorable David A. Ezra, United States Senior District Judge
Date of Original Sentence:  August 5, 2019
Original Offense:  Possession of Obscene Visual Representation of Sexual Abuse of Children
Original Sentence:  Eighty (80) months imprisonment followed by three (3) years of supervised release
Type of Supervision:  Supervised Release        Date Supervision Commenced:  October 6, 2023

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able.**

### CAUSE

On October 6, 2023, Mr. Bogard was released from custody and commenced the term of supervised release. Mr. Bogard is following the conditions of supervision, he currently lives with his parents and is a full-time student, working on a degree in engineering.

On October 21, 2023, Mr. Bogard completed a psychosexual evaluation to determine treatment needs. According to the licensed sex offender therapist, Carolyn Turner, Mr. Bogard does not appear to need sex offender treatment but could benefit from mental health treatment. Mr. Bogard agreed to follow this recommendation and is attending treatment with Riverstone Counseling Services. He also agreed to waive his right to counsel and signed a Prob 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, to include mental health

Benjamin Joost Bogard
5:19-CR-00106-DAE(1)
April 29, 2024
Page 2

treatment as a condition of supervised release. The probation officer respectfully recommends the Court modify the conditions of supervised release as requested.

Approved:

*Jennifer R. Cordova*

Jennifer R. Cordova
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55365

cc:  Tracy Thompson
     Assistant U.S. Attorney

     Brenda Trejo-Olivarri
     Assistant Deputy Chief U.S. Probation Officer

Respectfully submitted,

*Hector Medina*

Hector Medina
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 55325
Date: April 29, 2024

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

*David A. Ezra (signature)*

Honorable David A. Ezra
Senior U.S. District Judge

05/07/2024
Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment if financially able.

Witness: _Hector Medina_
U.S. Probation Officer

Signed: _[signature]_
Probationer or Supervised Releasee

4/25/2024
Date